**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No. CV 20-09235 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| VARIEL AVENUE ASSOCIATES, LLC, | |
| Defendant. | |

In accordance with the Court's January 14, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: January 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE